# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 02-337 (JAG) |
| vs. | |
| ANA MARTELL, | **ORDER TERMINATING SUPERVISED RELEASE** |
| Defendant. | |

**THIS MATTER** having been opened to the Court upon the request of the defendant Ana Martell-Castro, for an Order to terminate the defendant's remaining term of supervised release; and the Court having considered the papers submitted in support thereof, and in opposition thereto; and for good cause shown;

**IT IS** on this 26th day of January, 2010;

**ORDERED** that defendant Ana Martell's supervised release be, and hereby is, terminated, effective immediately.

_____
Hon. Joseph A. Greenaway, Jr., U.S.D.J.